NOTE—Reported at 387 N.E.2d 491.

WALTER C. MARSH *v.* STATE OF INDIANA

[No. 3-1076A244. Filed April 11, 1979. Rehearing denied May 14, 1979. Transfer granted August 31, 1979.]